United States District Court
Southern District of Texas
**ENTERED**
October 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br> VS. <br><br> AWON PHIE LLC; dba HOLIDAY INN EXPRESS & SUITES, <br><br> Defendant. | § § § § § § § § § § § § CIVIL ACTION NO. 2:21-CV-12 |

## FINAL JUDGMENT AND ORDER ENTERING CONSENT DECREE

Before the Court is the Parties' Joint Motion to Enter Consent Decree. (D.E. 18). After reviewing the motion and attached Consent Decree, the Court finds that all issues in the EEOC's Complaint are resolved and the parties are in agreement. The Court therefore **ORDERS** that the Consent Decree be entered. (D.E. 18-2). The Court shall retain jurisdiction of this case during the two-year term of the Consent Decree to enforce compliance with its terms and conditions and to take any action necessary or appropriate for its enforcement, interpretation, execution, or adjudication of disputes. The Clerk of Court is **DIRECTED** to **CLOSE** this case. Should the Parties need to enforce the terms of this Consent Decree, the Parties are advised to file a motion to reopen this case, 2:21-CV-12, or to file a separate action in this Court, with an advisory that the new and separate action is related to 2:21-CV-12. FED. R. CIV. P. 60(b).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
        October 27, 2021